Dismissed and Memorandum Opinion filed April 17, 2008








Dismissed
and Memorandum Opinion filed April 17, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00963-CV

____________

 

ROSCOE THREADGILL, Appellant

 

V.

 

PAMELA ALMOND, Appellee

 



 

On Appeal from
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 853543

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 18, 2007.  On April 4, 2008, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed April
17, 2008.

Panel consists of Justices Frost, Seymore, and Guzman.